IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL 4:05CV3311 |
| ) | |
| v. ) | |
| ) | ORDER |
| BRANDI M. LUTT, VILLAGE OF ) | |
| MARQUETTE, and STATE OF NEBRASKA,) | |
| ) | |
| Defendants. ) | |

Upon consideration of the Motion to Set Aside Marshal's Sale filed by the United States of America, filing 22,

IT IS HEREBY ORDERED that the motion is granted, and the marshal's sale conducted on July 20, 2006, is hereby set aside.

DATED this 18th day of August, 2006.

BY THE COURT:

Joseph F. Bataillon
UNITED STATES DISTRICT JUDGE